UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                    -against-

Alfredo Garcia

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

    **-CR-**    **(  )(  )**

Defendant _Alfredo Garcia_ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer

_/s/ Alfredo Garcia by Clay H. Kaminsky_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Alfredo Garcia_____
Print Defendant's Name

_/s/ Clay H. Kaminsky_____
Defendant's Counsel's Signature

_Clay H. Kaminsky_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_August 11, 2020_
Date

_____
U.S. District Judge/U.S. Magistrate Judge